People v Pariag (2025 NY Slip Op 01719)

People v Pariag

2025 NY Slip Op 01719

Decided on March 20, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: March 20, 2025

Before: Manzanet-Daniels, J.P., Singh, Gesmer, Rodriguez, Michael, JJ. 

Ind No. 310/20|Appeal No. 3211|Case No. 2022-05510|

[*1]The People of the State of New York, Respondent,
v
Krishnanand K. Pariag, Defendant-Appellant.

Appeal from judgment, Supreme Court, Bronx County (Laurence E. Busching, J.), rendered on December 6, 2022, unanimously dismissed as abated by appellant's death, and the matter remanded to Supreme Court, Bronx County for proceedings to vacate the judgment of conviction and to dismiss the indictment (see People v Matteson , 75 NY2d 745 [1989]; People v Mintz , 20 NY2d 753, 770 [1967]).
ENTERED: March 20, 2025